October 1, 1974.

No. 198. NIEWOLNY and wife, Respondents, v. PORTEC, INC., Appellant.

(Also reported in 221 N. W. 2d 921.)

The cause was submitted for the appellant on the brief of *Tinkham, Smith, Bliss & Patterson,* all of Wausau, and for the respondents on the brief of *Terwilliger, Wakeen, Piehler, Conway & Rouse, S. C.,* attorneys, and *W. Thomas Terwilliger* of counsel, all of Wausau.

Appeal from the order, dated October 31, 1972, amending plaintiffs' complaint is dismissed. Order, dated November 28, 1972, denying defendant's motion for summary judgment is affirmed.